SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 JAN 17 PM 4:46
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SIRE C. ENGLISH,
also known as, SIRECEDRIC A. ENGLISH,

Defendant.

8:18CR 14

INDICTMENT
18 U.S.C. § 2250(a)

The Grand Jury charges that

## COUNT I

From on or about January 2017 to June 19, 2017, in the District of Nebraska, the defendant, SIRE C. ENGLISH, also known as SIRECEDRIC A. ENGLISH, having previously been convicted in the District Court for Pottawattamie County, Iowa, of an offense requiring him to register as a sex offender, to wit: Enticing a Minor, did travel in interstate commerce from Iowa to Nebraska, and knowingly failed to register as a sex offender in the State of Nebraska, where he resided, worked, and remained as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant U.S. Attorney

1